# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. William R. Walker            Docket No. 5:12-CR-42-2F

### Petition for Action on Supervised Release

COMES NOW Pamela O. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of William R. Walker, who, upon an earlier plea of guilty to Mail Fraud and Aiding and Abetting, in violation of 18 U.S.C. §1341 and 18 U.S.C. § 2, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on November 13, 2012, to Time Served. The defendant served a total of 273 days in custody prior to sentencing. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

2. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

3. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

4. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

5. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

6. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

7. The defendant shall pay a special assessment of $100 and restitution in the amount of $35,897.23.

William R. Walker
Docket No. 5:12-CR-42-2F
Petition For Action
Page 2

William R. Walker was released from custody on November 13, 2012, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Upon Mr. Walker's release he was immediately transferred to the District of Idaho to live with his mother and stepfather. However, due to conflicting personalities, the residential situation did not work out. The releasee's parents told the supervising probation officer, the releasee must move out of their residence by December 1, 2012. Mr. Walker has no other residence in which to live. It is therefore requested the court modify the releasee's conditions to include a residential reentry center placement up to 180 days.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall participate pursuant to public law, in a Residential Reentry Center (RRC), Port of Hope, Coeur d'Alene, Idaho, for a period of up to 180 days, to include prerelease component, day reporting and home confinement at the discretion of the Community Corrections Manager and the U.S. Probation Officer. The defendant shall observe the rules of the program and understands that removal from the program may occur for violations of Bureau of Prison rules, program rules or the terms of supervised release. The defendant is responsible for all medical and dental expenses that may be incurred during participation in the program.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Pamela O. Thornton
Pamela O. Thornton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-815-4857
Executed On: November 28, 2012

William R. Walker
Docket No. 5:12-CR-42-2F
Petition For Action
Page 3

## ORDER OF COURT

Considered and ordered this 29th day of November, 2012, and ordered filed and made a part of the records in the above case.

_____
James C. Fox
Senior U.S. District Judge